67 A.3d 772

**James WILLIAMS, Petitioner**

v.

**Hugh J. BURNS (District Attorney of Phila County), Kathleen Kane (Attorney General of PA), Respondents.**

**No. 38 EM 2013.**

Supreme Court of Pennsylvania.

May 28, 2013.

***ORDER***

PER CURIAM.

**AND NOW**, this 29th day of May, 2013, the Application for Extraordinary Relief and the Application to Supplement are **DENIED.**